

# United States District Court
# Eastern District of California

| SURENDER KUMAR |
|---|

Plaintiff(s)

Case Number: | 1:26-cv-00451-TLN-DMC |

V.

| Noem et al. |
|---|

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

LUIS ANGELES _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties

SURENDER KUMAR

On 01/20/2026 _____ (date), I was admitted to practice and presently in good standing in the

Minnesota _____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

1:25-cv-01598-DC-SCR (HC) Labrador-Prato v. Noem et al (Habeas) - GRANTED on 11/12/2025

1:25-cv-01961-DJC-JDP (HABEAS) - GRANTED AS OF 12/23/2025; 1:25-cv-01974-JLT-CDB - GRANTED on 12/23/2025;

1:25-cv-01998-DAD-EFB - GRANTED AS OF 12/30/2025; 1:25-cv-01974-CDB - GRANTED ON 12/23/205

Date: 01/20/2026 _____        Signature of Applicant: /s/ LUIS ANGELES _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | LUIS ANGELES |
| Law Firm Name: | ANGELES LAW |
| Address: | 2112 Broadway St NE |
| | STE 225 #53 |
| City: | Minneapolis    State: MN    Zip: 55413 |
| Phone Number w/Area Code: | (321) 334-0568 |
| City and State of Residence: | PALM BAY, FLORIDA |
| Primary E-mail Address: | Luis@abogadoangeles.com |
| Secondary E-mail Address: | info@abogadoangeles.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | CYNTHIA BAUTISTA |
| Law Firm Name: | Bautista Immigration Law, P.C. |
| Address: | 505 Montgomery St |
| | Fl 11 |
| City: | San Francisco    State: CA    Zip: 94111 |
| Phone Number w/Area Code: | (415) 652-3827    Bar # 336327 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 20, 2026

_____
JUDGE, U.S. DISTRICT COURT